Copy

**RB**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Certa ProPainters, Ltd.<br>150 Green Tree Road, Suite 1003<br>Oaks, Pennsylvania 19456<br><br>    Plaintiff,<br><br>v.<br><br>Randal F. Hohbein<br>135 2nd Ave. N.W.<br>Rice, Minnesota 56367<br><br>    Defendant. | CIVIL ACTION<br><br>Case No. 08 1238 |

## DISCLOSURE STATEMENT FORM

Please check one box:

    ☐ The nongovernmental corporate party, Certa ProPainters, Ltd., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

    ☒ The nongovernmental corporate party, Certa ProPainters, Ltd. in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

The Franchise Company

_3/13/08_  
Date

F. Joseph Dunn  
Fisher Zucker LLC  
21 South 21st Street  
Philadelphia, PA 19103  
(215) 825-3100  
Attorneys for Plaintiff,  
Certa ProPainters, Ltd.

MAR 13 2008